**The Law Office of Thaniel J. Beinert**
Marc A. Merolesi, Esq.
155 Bay Ridge Avenue
Brooklyn, NY 11220
Tel: (718) 921-6601
Fax: (718) 921-6609
E-mail: marc.merolesi@tjblaw.com
Attorney for RAPI, INC., d/b/a Brioso Ristorante, Pietro DiMaggio and Raffaele DiMaggio.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT  OF NEW YORK**
-----------------------------------------------------------X

| | |
|---|---|
| ARBEN KRASNIQI, on behalf of himself and all others similarly situated, | Case No. 1:17-cv-03945(ARR )(RLM) |
| Plaintiff, | **ANSWER** |
| -against- | |
| RAPI, INC., d/b/a BRIOSO RISTORANTE, PIETRO DIMAGGIO AND RAFAELE DIMAGGIO | |
| Defendants. | |

-----------------------------------------------------------X

Defendants, RAPI, INC., d/b/a Brioso Ristorante ("RAPI"), Pietro DiMaggio and Raffaele DiMaggio (collectively " Defendants"), as and for their Answer to the Complaint ("Complaint") of Plaintiff, hereby allege and state as follows:

## AS TO THE NATURE OF THE ACTION

1.      Defendants deny the allegations set forth in paragraph  1 of the Complaint.

2.      Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 2 of the Complaint.

## AS TO JURISDICTION

3.      Defendants admit the allegations set forth in paragraph  3 of the Complaint, except as to section 18 USC §§1337.

## AS TO VENUE

4.      Defendants admit the allegations set forth in paragraph 4 of the Complaint.

## AS TO THE PARTIES

5.      Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 5 of the Complaint.

6.      Defendants deny the allegations set forth in paragraph 6 of the Complaint.

7.      Defendants deny the allegations set forth in paragraph 7 of the Complaint.

8.      This paragraph sets forth legal conclusions and questions of law to which no response is required.  To the extent that a response is required, Defendants deny the allegations set forth in paragraph 8 of the Complaint

9.      Defendants admit the allegations set forth in paragraph 9 of the Complaint.

10.      This paragraph sets forth legal conclusions and questions of law to which no response is required. To the extent that a response is required, Defendants deny the allegations set forth in paragraph 10 of the Complaint

11.      This paragraph sets forth legal conclusions and questions of law to which no response is required. To the extent that a response is required, Defendants deny the allegations set forth in paragraph 11 of the Complaint

12.      Defendants admit the allegations set forth in paragraph 12 of the Complaint.

13.      Defendants admit the allegations set forth in paragraph 13 of the Complaint.

14.      This paragraph sets forth legal conclusions and questions of law to which no response is required. To the extent that a response is required, Defendants deny the allegations set forth in paragraph 14 of the Complaint

15.      Defendants deny the allegations set forth in paragraph 15 of the Complaint.

16.    Deny the allegations set forth in paragraph 16 of the Complaint.

17.    Defendants admit the allegations set forth in paragraph 17 of the Complaint.

18.    Defendants admit the allegations set forth in paragraph 18 of the Complaint.

19.    This paragraph sets forth legal conclusions and questions of law to which no response is required. To the extent that a response is required, Defendants deny the allegations set forth in paragraph 19 of the Complaint

20.    Defendants deny the allegations set forth in paragraph 20 of the Complaint.

21.    Defendants deny the allegations set forth in paragraph 21 of the Complaint.

22.    Defendants deny the allegations set forth in paragraph 22 of the Complaint.

## AS TO THE COLLECTIVE ACTION ALLEGATIONS

23.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 23 of the Complaint.

24.    This paragraph sets forth legal conclusions and questions of law to which no response is required. To the extent that a response is required, Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 24 of the Complaint.

25.    This paragraph sets forth legal conclusions and questions of law to which no response is required. To the extent that a response is required, Defendants deny the allegations set forth in paragraph 25, inclusive of subparagraphs (a) through (g), of the Complaint.

26.    This paragraph sets forth legal conclusions and questions of law to which no response is required. To the extent that a response is required, Defendants deny the allegations set forth in paragraph 26 of the Complaint.

27.     This paragraph sets forth legal conclusions and questions of law to which no response is required. To the extent that a response is required, Defendants deny the allegations set forth in paragraph 27 of the Complaint.

28.     This paragraph sets forth legal conclusions and questions of law to which no response is required. To the extent that a response is required, Defendants deny the allegations set forth in paragraph 28 of the Complaint.

## AS TO THE PLAINTIFF'S FACTUAL ALLEGATIONS

29.     Defendants deny the allegations set forth in paragraph 29 of the Complaint.

30.     Defendants deny the allegations set forth in paragraph 30 of the Complaint.

31.     Defendants deny the allegations set forth in paragraph 31 of the Complaint.

32.     Defendants deny the allegations set forth in paragraph 32 of the Complaint.

33.     Defendants deny the allegations set forth in paragraph 33 of the Complaint.

34.     Defendants deny the allegations set forth in paragraph 34 of the Complaint.

35.     Defendants deny the allegations set forth in paragraph 35 of the Complaint.

36.     Defendants deny the allegations set forth in paragraph 36 of the Complaint.

37.     Defendants deny the allegations set forth in paragraph 37 of the Complaint.

38.     Defendants deny the allegations set forth in paragraph 38 of the Complaint.

39.     Defendants deny the allegations set forth in paragraph 39 of the Complaint.

## AS TO FIRST CLAIM - FAIR LABOR STANDARDS ACT – UNPAID MINIMUM WAGE

40.     Defendants repeat and re-allege their responses to the allegations of paragraph 1

through 39 as if fully set forth herein at length.

41.     This paragraph sets forth legal conclusions and questions of law to which no response is required. To the extent that a response is required, Defendants deny the allegations set forth in paragraph 41 of the Complaint.

42.     This paragraph sets forth legal conclusions and questions of law to which no response is required. To the extent that a response is required, Defendants deny the allegations set forth in paragraph 42 of the Complaint.

43.     This paragraph sets forth legal conclusions and questions of law to which no response is required. To the extent that a response is required, Defendants deny the allegations set forth in paragraph 43 of the Complaint.

44.     This paragraph sets forth legal conclusions and questions of law to which no response is required. To the extent that a response is required, Defendants deny the allegations set forth in paragraph 44 of the Complaint.

45.     This paragraph sets forth legal conclusions and questions of law to which no response is required. To the extent that a response is required, Defendants deny the allegations set forth in paragraph 45 of the Complaint.

## AS TO SECOND CLAIM – NEW YORK LABOR LAW – UNPAID MINIMUM WAGE

46.     Defendants repeat and re-allege their responses to the allegations of paragraph 1 through 45 as if fully set forth herein at length.

47.     This paragraph sets forth legal conclusions and questions of law to which no response is required. To the extent that a response is required, Defendants deny the allegations set forth in paragraph 47 of the Complaint.

48.     This paragraph sets forth legal conclusions and questions of law to which no response is required. To the extent that a response is required, Defendants deny the allegations set forth in paragraph 48 of the Complaint.

49.     This paragraph sets forth legal conclusions and questions of law to which no response is required. To the extent that a response is required, Defendants deny the allegations set forth in paragraph 49 of the Complaint.

50.     This paragraph sets forth legal conclusions and questions of law to which no response is required. To the extent that a response is required, Defendants deny the allegations set forth in paragraph 50 of the Complaint.

## AS TO THIRD CLAIM - FAIR LABOR STANDARDS ACT – UNPAID OVERTIME

51.     Defendants repeat and re-allege their responses to the allegations of paragraph 1 through 50 as if fully set forth herein at length.

52.     This paragraph sets forth legal conclusions and questions of law to which no response is required. To the extent that a response is required, Defendants deny the allegations set forth in paragraph 52 of the Complaint.

53.     This paragraph sets forth legal conclusions and questions of law to which no response is required. To the extent that a response is required, Defendants deny the allegations set forth in paragraph 53 of the Complaint.

54.     This paragraph sets forth legal conclusions and questions of law to which no response is required. To the extent that a response is required, Defendants deny the allegations set forth in paragraph 54 of the Complaint.

55.     This paragraph sets forth legal conclusions and questions of law to which no response is required. To the extent that a response is required, Defendants deny the allegations set forth in paragraph 55 of the Complaint.

## AS TO FOURTH CLAIM - FAIR LABOR STANDARDS ACT – UNPAID OVERTIME

56.     Defendants repeat and re-allege their responses to the allegations of paragraph 1 through 55 as if fully set forth herein at length.

57.     This paragraph sets forth legal conclusions and questions of law to which no response is required. To the extent that a response is required, Defendants deny the allegations set forth in paragraph 57 of the Complaint.

58.     This paragraph sets forth legal conclusions and questions of law to which no response is required. To the extent that a response is required, Defendants deny the allegations set forth in paragraph 58 of the Complaint.

59.     This paragraph sets forth legal conclusions and questions of law to which no response is required. To the extent that a response is required, Defendants deny the allegations set forth in paragraph 59 of the Complaint.

60.     This paragraph sets forth legal conclusions and questions of law to which no response is required. To the extent that a response is required, Defendants deny the allegations set forth in paragraph 60 of the Complaint.

## AS TO FIFTH CLAIM – NEW YORK LABOR LAW – SPREAD OF HOURS PAY

61.     Defendants repeat and re-allege their responses to the allegations of paragraph 1 through 60 as if fully set forth herein at length.

62.     This paragraph sets forth legal conclusions and questions of law to which no response is required. To the extent that a response is required, Defendants deny the allegations set forth in paragraph 62 of the Complaint.

63.     This paragraph sets forth legal conclusions and questions of law to which no response is required. To the extent that a response is required, Defendants deny the allegations set forth in paragraph 63 of the Complaint.

64.     This paragraph sets forth legal conclusions and questions of law to which no response is required. To the extent that a response is required, Defendants deny the allegations set forth in paragraph 64 of the Complaint.

## AS TO SIXTH CLAIM – NEW YORK LABOR LAW – MISAPPROPRIATION OF GRATUITIES

65.     Defendants repeat and re-allege their responses to the allegations of paragraph 1 through 64 as if fully set forth herein at length.

66.     This paragraph sets forth legal conclusions and questions of law to which no response is required. To the extent that a response is required, Defendants deny the allegations set forth in paragraph 66 of the Complaint.

67.     This paragraph sets forth legal conclusions and questions of law to which no response is required. To the extent that a response is required, Defendants deny the allegations

set forth in paragraph 67 of the Complaint.

68.     This paragraph sets forth legal conclusions and questions of law to which no response is required. To the extent that a response is required, Defendants deny the allegations set forth in paragraph 68 of the Complaint.

69.     This paragraph sets forth legal conclusions and questions of law to which no response is required. To the extent that a response is required, Defendants deny the allegations set forth in paragraph 69 of the Complaint.

## AS TO SEVENTH CLAIM – NEW YORK LABOR LAW – FAILURE TO PROVIDE WAGE NOTICES

70.     Defendants repeat and re-allege their responses to the allegations of paragraph 1 through 69 as if fully set forth herein at length.

71.     This paragraph sets forth legal conclusions and questions of law to which no response is required. To the extent that a response is required, Defendants deny the allegations set forth in paragraph 71 of the Complaint.

72.     This paragraph sets forth legal conclusions and questions of law to which no response is required. To the extent that a response is required, Defendants deny the allegations set forth in paragraph 72 of the Complaint.

## AS TO EIGHTH CLAIM – NEW YORK LABOR LAW – FAILURE TO PROVIDE ACCURATE WAGE STATEMENTS

73.     Defendants repeat and re-allege their responses to the allegations of paragraph 1 through 72 as if fully set forth herein at length.

74.     This paragraph sets forth legal conclusions and questions of law to which no

response is required. To the extent that a response is required, Defendants deny the allegations set forth in paragraph 74 of the Complaint.

75.     This paragraph sets forth legal conclusions and questions of law to which no response is required. To the extent that a response is required, Defendants deny the allegations set forth in paragraph 75 of the Complaint.

## AS TO THE PRAYER FOR RELIEF

Defendants deny the allegations set forth in the "Prayer For Relief" paragraph of the Complaint, and further deny that Plaintiff is entitled to the relief set forth therein or to any relief whatsoever.

## FIRST AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, by the applicable statutes of limitations.

## SECOND AFFIRMATIVE DEFENSE

Plaintiff's Complaint, in whole or in part, fails to state a cause of action.

## THIRD AFFIRMATIVE DEFENSE

Defendants deny that they have committed any violation of the FLSA and/or the New York Labor Law, but should such a violation be found, such violation was not willful.

## FOURTH AFFIRMATIVE DEFENSE

Defendants deny that they have committed any violation of the FLSA and/or the New York Labor Law, but should such a violation be found, such violation was de minimis.

## <u>FIFTH AFFIRMATIVE DEFENSE</u>

Defendants have acted at all times in good faith and had reasonable grounds for believing that any act or omission did not violate the FLSA or the New York Labor Law.

## <u>SIXTH AFFIRMATIVE DEFENSE</u>

Raffaele DiMaggio was not Plaintiffs employer under the applicable statutes.

## <u>SEVENTH AFFIRMATIVE DEFENSE</u>

Plaintiff's claims are barred by the doctrine of laches.

## <u>EIGHTH  AFFIRMATIVE DEFENSE</u>

Plaintiff has failed to mitigate his damages, if any.

## <u>NINTH AFFIRMATIVE  DEFENSE</u>

Without conceding that any acts of Defendants caused damages to Plaintiff, in the event any judgments are entered against Defendants, Defendants are entitled to an offset.

## <u>TENTH AFFIRMATIVE DEFENSE</u>

Any alleged violation of the FLSA was not willful and the Plaintiff's claims are therefore limited to two years pursuant to 29 U.S.C. §255.

## <u>ELEVENTH AFFIRMATIVE DEFENSE</u>

To the extent Plaintiff suffered any damages, they were not the result of actions

or admissions by Defendants, and were caused by Plaintiff or parties other than

Defendants.


## TWELFTH AFFIRMATIVE DEFENSE

Because no discovery has  yet occurred in this action, Defendants reserve the right to

assert further defenses as appropriate.


**WHEREFORE**, Defendants pray that:

1.      The Complaint be dismissed in its entirety with prejudice and Plaintiff take nothing by

his Complaint;

2.      Judgment be entered against Plaintiff and in favor of Defendants;

3.      Defendants be awarded their costs of suit and reasonable attorneys ' fees incurred herein;

and

4.      The Court award Defendants such other and further relief as it deems appropriate.


**THE LAW OFFICE OF THANIEL J.
BEINERT & ASSOCIATES**
Attorneys for Defendants


By:   s/  Marc A. Merolesi
Marc A. Merolesi
155 Bay Ridge Avenue
Brooklyn, New York 11220
(718) 921-6601


Dated :  October 4, 2017

## CERTIFICATE  OF SERVICE

I, Marc A. Merolesi, hereby certify that I caused a true and correct copy of the

foregoing Defendants' Answer to the Complaint to be served upon the following counsel:

Pechman Law Group, PLLC
488 Madison Avenue, 11th Floor
New York, New York 10022
Attorneys for Plaintiff

via electronic filing, on this 4th day of October, 2017.


       s/ Marc A. Merolesi
       Marc A. Merolesi