UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ARBEN KRASNIQI, on behalf of himself
And all other similarly situated,

                         17-CV-03945 (ARR) (RLM)

               Plaintiff,      **STIPULATION AND ORDER**
                                   **SUBSTITUTING ATTORNEYS**
-against-

RAPI, INC, d/b/a BRIOSO RISTORANTE,
PIETRO DIMAGGIO AND RAFAELE DIMAGGIO

               Defendants.
------------------------------------------------------------------X

    IT IS HEREBY CONSENTED THAT the Law Office of Peter Metis, LLC of 101 Park Avenue, 27th Floor, New York, New York 10178, by and through its attorney Peter Metis be substituted as attorney(s) of record for the Defendants Rapi, Inc., Pietro DiMaggio and Rafaele DiMaggio in the above captioned action in place and stead of The Law Office of Thaniel J. Beinert & Associates, and its attorney Marc A. Merolesi as of the date hereof. Electronic delivery of signatures shall be deemed original signatures.

Dated: October 11, 2017

The Law Office of Thaniel J. Beinert
& Associates

_____
By Marc A. Merolesi, Esq.
155 Bay Ridge Avenue
Brooklyn, New York 11220
718-921-6601
marc.merolesi@tjblaw.com

Law Offices of Peter Metis, LLC

_____
By Peter Metis, Esq.
101 Park Avenue, 27th Floor

New York, New York 10178
212-808-7780
pmetis@metislawoffice.com

SO ORDERED

_____
USDJ