ROANNE L. MANN
UNITED STATES MAGISTRATE JUDGE

DATE: January 18, 2018
START: 4:45 pm
END: 4:50 pm

DOCKET NO: 17 CV 3945
CASE: Krasniqi v. Rapi, Inc.

- [ ] INITIAL CONFERENCE
- [ ] DISCOVERY CONFERENCE
- [ ] SETTLEMENT CONFERENCE
- [x] MOTION HEARING
- [ ] OTHER/ORDER TO SHOW CAUSE
- [ ] FINAL/PRETRIAL CONFERENCE
- [x] TELEPHONE CONFERENCE
- [ ] INFANT COMPROMISE HEARING

PLAINTIFFS — ATTORNEY: Gianfranco Cuadra

DEFENDANTS — Peter Metis

- [ ] DISCOVERY TO BE COMPLETED BY
- [ ] NEXT _____ CONFERENCE SCHEDULED FOR
- [ ] JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY
- [ ] PL. TO SERVE DEF. BY: _____ DEF. TO SERVE PL. BY:

RULINGS: PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

The Court conducts a telephonic Cheeks review and finds that the settlement (set forth in DE #22) is fair and reasonable and was reached after arms-length negotiations. The only concern raised by the Court is the retention of jurisdiction to enforce the agreement (as opposed to the plaintiff's right to reopen the case if the settlement is not consummated). In any event, the parties have agreement, in Section 6 of the Settlement Agreement, that the Court's failure to retain jurisdiction will not affect the parties' agreement to settle.